AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| Darvell L. Williams | ) |
|---|---|
| *Petitioner* | ) |
| v. | ) Civil Action No. 23-1292 |
| Darren Galloway | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Petitioner Darvell L. Williams' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is SUMMARILY DISMISSED. The Court DECLINES to issue a certificate of appealability.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   James E. Shadid.

Date: 8/22/2023

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

/s/JES